IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICARDO SALAZAR-LIMON, *et al.* § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 12-3392 |
| § | |
| CITY OF HOUSTON *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed with prejudice.

SIGNED on March 31, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge