**TALABI & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

Mehran "Mike" Talabi*
Sean M. Palavan
Atousa Nezamabadi

2909 Hillcroft Avenue, Suite 200 | Houston, TX 77057
Tel: (713) 266-0529 | Fax: (713) 266-2203

*Also licensed in California

August 26, 2015

Clerk of Court
U.S. District Court                                                                 *Via CM/ECF*
515 Rusk Ave.
Houston, TX 77002

  Re: **Cause No. 4:12-cv-03392;** *Ricardo Salazar-Limon et al. v. Chris C. Thompson et al.;* **In the Southern District of Texas, Houston Division.**

Dear Clerk:

 This is a request that a copy of the <u>entire electronic record</u> for the appeal be sent to me, on CD or DVD, to my address of record: 2909 Hillcroft Ave., Suite 200, Houston, Texas 77057. **This request specifically includes the sealed portions of the record, per the 5th Circuit's August 24, 2015 Order (Doc. # 63).**

 Thank you for your attention to this matter.

                Respectfully,

                **TALABI & ASSOCIATES, P.C.**

                /s/ Sean Palavan_____
                Sean Palavan

SP/