# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 24, 2017

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States District Court
Southern District of Texas
FILED

APR 2 5 2017

David J. Bradley, Clerk of Court

Re: Ricardo Salazar-Limon
v. City of Houston, Texas, et al.
No. 16-515
(Your No. 15-20237) 4:12CV3392

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Alito, with whom Justice Thomas joins, concurring in the denial of certiorari. Justice Sotomayor, with whom Justice Ginsburg joins, dissenting from the denial of certiorari.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 25, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 15-20237 Ricardo Salazar-Limon v. City of Houston
          USDC No. 4:12-CV-3392

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Charlene A. Vogelaar*
          By: _____
          Charlene A. Vogelaar, Deputy Clerk
          504-310-7648